IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ──────────────────────────────X | | |
| PUEBLO VIEJO DOMINICANA JERSEY 2 LIMITED, | : : : | |
| Applicant, | : : | Case. No. 25-mc-124 (TJK) |
| | : : | |
| IN RE EX PARTE APPLICATION OF PUEBLO VIEJO DOMINICANA JERSEY 2 LIMITED FOR AN ORDER PURSUANT TO 28 U.S.C. §1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | : : : : : : | :: |
| ──────────────────────────────X | | |

## MOTION TO RE-ISSUE SUBPOENA

Pueblo Viejo Dominicana Jersey 2 Limited ("Pueblo Viejo") respectfully moves this Court for an Order authorizing it to serve the corrected subpoena attached as Exhibit A to the accompanying declaration of Andreas A. Frischknecht dated July 31, 2025 (the "Second Frischknecht Declaration").

On July 24, 2025, Pueblo Viejo filed an application under 28 U.S.C. § 1782(a) seeking document discovery from an organization called Earthworks ("Earthworks") for use in pending foreign proceedings in the Dominican Republic. ECF No. 1. Accompanying the application as Exhibit A to the declaration of Andreas A. Frischknecht dated July 23, 2025 (the "First Frischknecht Declaration"; ECF No. 1-3), was an AO 88B form of subpoena to produce documents (the "Prior Subpoena Form"; ECF No. 1-4 at 2-4) and attached Schedule A specifying the documents Pueblo Viejo sought from Earthworks (ECF No. 1-4 at 5-12).

On July 29, 2025, this Court granted Pueblo Viejo's application. ECF No. 3. Accordingly, the Court "ordered that Pueblo Viejo shall serve Earthworks with the subpoena attached as Exhibit

A to the [First] Frischknecht Declaration, ECF No. 1-4[.]" *Id.* at 6. Subsequently, however, it has come to our attention that the place for production of documents identified in the Prior Subpoena Form (namely, undersigned counsel's office address in New York, New York) is located more than 100 miles from Earthwork's address and outside this District. Second Frischknecht Decl. ¶ 3.

To correct this issue, and as directed by the Clerk's office, Pueblo Viejo hereby submits an amended AO 88B form of subpoena to produce documents (the "Amended Subpoena Form") specifying the place of production as Earthworks' place of business in the District of Columbia, or otherwise by electronic means. *See* Second Frischknecht Decl. ¶ 4 & *id.,* Ex. A. Apart from this change to the place of production, the remainder of the Amended Subpoena Form is identical to the Prior Subpoena Form, and the attached Schedule A specifying the documents Pueblo Viejo seeks from Earthworks likewise remains unchanged. *Id.*

## Conclusion

For the foregoing reasons, Pueblo Viejo respectfully requests that the Court issue an Order authorizing it to serve the Amended Subpoena Form in lieu of the Prior Subpoena Form referenced in the Court's July 29, 2025 Order.

Dated:  July 31, 2025                                  Respectfully submitted,

                                                                                                _/s/ Andreas A. Frischknecht
                                                                                              Andreas A. Frischknecht
                                                                                              Yasmine Lahlou
                                                                                              Marcel Engholm*
                                                                                              **CHAFFETZ LINDSEY LLP**
                                                                                              1700 Broadway, 33rd Floor
                                                                                              New York, NY 10019
                                                                                              Telephone: 212.257.6960
                                                                                              Facsimile: 212.257.6950
                                                                                              a.frischknecht@chaffetzlindsey.com
                                                                                              y.lahlou@chaffetzlindsey.com
                                                                                              m.engholm@chaffetzlindsey.com

                                                                                              **Pro hac vice* motion pending*

                                              *Attorneys for Ex Parte Applicant*
                                              *Pueblo Viejo Dominicana Jersey 2 Limited.*

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 31, 2025, a true and correct copy of the foregoing was served via the Court's CM/ECF to all counsel of record, which will serve it via electronic mail to all counsel of record.

*/s/ Andreas A. Frischknecht*
Andreas A. Frischknecht