IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

PUEBLO VIEJO DOMINICANA JERSEY 2
LIMITED,

    Applicant,

Case. No. 25-mc-124 (TJK)

IN RE EX PARTE APPLICATION OF PUEBLO
VIEJO DOMINICANA JERSEY 2 LIMITED
FOR AN ORDER PURSUANT TO 28 U.S.C. §1782
TO CONDUCT DISCOVERY FOR USE IN
FOREIGN PROCEEDINGS

---

### DECLARATION OF ANDREAS A. FRISCHKNECHT IN SUPPORT OF MOTION TO RE-ISSUE SUBPOENA

I, ANDREAS A. FRISCHKNECHT, declare as follows pursuant to 28 U.S.C. § 1746:

    1.    I am a partner in the law firm of Chaffetz Lindsey LLP, counsel for Applicant Pueblo Viejo Dominicana Jersey 2 Limited ("Pueblo Viejo"). I am licensed to practice law in the State of New York and am admitted to appear before this Court. I make this declaration in support of Pueblo Viejo's Motion for an Order authorizing it to serve a corrected subpoena for the production of documents by Earthworks ("Earthworks").

    2.    On July 24, 2025, Pueblo Viejo filed an application under 28 U.S.C. § 1782(a) seeking discovery for use in pending foreign proceedings in the Dominican Republic. ECF No. 1. I previously submitted a declaration in support of that application (the "First Frischknecht Declaration"; ECF No. 1-3). Exhibit A to the First Frischknecht Declaration contained an AO 88B form of subpoena to produce documents (the "Prior

Subpoena Form"; ECF No. 1-4 at 2-4), and attached Schedule A specifying the documents Pueblo Viejo sought from Earthworks (ECF No. 1-4 at 5-12). The Prior Subpoena Form specified that Earthworks should produce documents at the offices of Chaffetz Lindsey LLP in New York, New York. ECF No. 1-4 at 2.

3. On July 29, 2025, the Court granted Pueblo Viejo's application and authorized it to "serve Earthworks with the subpoena attached as Exhibit A to the [First] Frischknecht Declaration, ECF No. 1-4[.]" ECF No. 3 at 6. However, it has since come to my attention that the address listed in the Prior Subpoena Form as the place of production is located more than 100 miles from Earthworks' place of business and outside this District.

4. Attached hereto as Exhibit A is a true and correct copy of an amended AO 88B form of subpoena to produce documents (the "Amended Subpoena Form") and attached Schedule A that Pueblo Viejo proposes to serve on Earthworks. The Amended Subpoena Form now identifies the place of production as Earthworks' place of business in the District of Columbia, or otherwise production by electronic means. Apart from this change of address, Exhibit A (including Schedule A attached thereto) is identical to the proposed subpoena submitted on July 24, 2025. ECF No. 1-4.

5. Attached hereto as Exhibit B is a true and correct copy of a document comparing the Prior Subpoena Form and the Amended Subpoena Form (in both instances, not including Schedule A) showing all changes between the two documents, as just described.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York on July 31, 2025.

_____
Andreas A. Frischknecht