UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
PUEBLO VIEJO DOMINICANA JERSEY 2 LIMITED,

    *Applicant*,

Case. No. 25-mc-124 (TJK)

*IN RE* EX PARTE APPLICATION OF PUEBLO VIEJO DOMINICANA JERSEY 2 LIMITED FOR AN ORDER PURSUANT TO 28 U.S.C. §1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS
---------------------------------------------------------------X

**[PROPOSED] ORDER**

WHEREAS, on July 24, 2025, Pueblo Viejo Dominicana Jersey 2 Limited ("Pueblo Viejo") filed an application under 28 U.S.C. § 1782 to take discovery from Earthworks ("Earthworks") for use in two pending foreign proceedings in the Dominican Republic (the "Application"; ECF No. 1);

WHEREAS, the Application was accompanied by the July 23, 2025 declaration of Andreas A. Frischknecht ("First Frischknecht Declaration"; ECF No. 1-3), containing a proposed subpoena Pueblo Viejo intended to serve on Earthworks, including an AO 88B form of subpoena to produce documents (the "Prior Subpoena Form") and an attached schedule with document requests ("Schedule A") (ECF No. 1-4);

WHEREAS, on July 29, 2025, the Court granted Pueblo Viejo's application and authorized it to serve Earthworks with the subpoena contained in ECF 1-4 (ECF No. 3);

WHEREAS, on July 31, 2025, Pueblo Viejo filed a motion (the "Motion") for an Order authorizing it to serve a corrected subpoena on the ground that the place for production of

documents identified in the Prior Subpoena Form was located more than 100 miles from Earthworks' address and outside this District;

WHEREAS, an amended AO 88B form of subpoena to produce documents (the "Amended Subpoena Form") specifying the place of production as Earthworks' place of business in the District of Columbia, or otherwise by electronic means, is attached as Exhibit A to the July 31, 2025 declaration of Andreas A. Frischknecht ("Second Frischknecht Declaration");

WHEREAS, the Amended Subpoena Form is otherwise identical to the Prior Subpoena Form and Schedule A attached thereto, containing the document requests that will be served on Earthworks, remains unchanged;

IT IS THEREFORE ORDERED that the Motion is GRANTED and Pueblo Viejo is authorized to serve Earthworks with the Amended Subpoena Form and accompanying Schedule A in the form attached as Exhibit A to the Second Frischknecht Declaration.

Dated: _____, 2025

                                                          _____
                                                          HON. TIMOTHY J. KELLY
                                                          United States District Judge